**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Leon A. Morris, Sr.**

       *Plaintiff,*

v.                                         **Case No. 3:22-cv-222**
                                           **Judge Thomas M. Rose**

**Globe Life Insurance Company and Verlean Morris,**

       *Defendants.*

-----------------------------------------------------

**Leon A. Morris,**

       *Plaintiff,*

v.                                         **Case No. 3:22-cv-199**
                                           **Judge Thomas M. Rose**

**Globe Life Insurance Company and Verlean Morris,**

       *Defendants.*

---

**ENTRY AND ORDER GRANTING MOTIONS TO CONSOLIDATE CASES. CASES 3:22-CV-222 AND 3:22-CV-199 ARE CONSOLIDATED AND 3:22-CV-222 IS TRANSFERRED FROM THE DOCKET OF MAGISTRATE JUDGE PETER B. SILVAIN, JR. TO THE DOCKET OF MAGISTRATE JUDGE CAROLINE H. GENTRY.**

---

     This case is before the Court on Motions to Consolidate Cases. (3:22-cv-222, ECF 5, 3:22-cv-199, ECF 6, 12)  Because recently filed cases 3:22-cv-199 and 3:22-cv-222 stem from

the same allegation, the motions are **GRANTED**. Because 3:22-cv-199 was first filed, 3:22-cv-222 is **REFERRED** to **MAGISTRATE JUDGE CAROLINE H. GENTRY**.

**DONE** and **ORDERED** in Dayton, Ohio, on Thursday, September 29, 2022.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE