UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **LEON A. MORRIS**, | : |
| Plaintiff, | : Case No. 3:22-cv-199 |
| v. | : |
| | : Judge Thomas M. Rose |
| **GLOBE LIFE INSURANCE COMPANY**, *et al.*, | : Magistrate Judge Caroline H. Gentry |
| Defendants. | : |

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Caroline H. Gentry (Doc. No. 30) to whom this case was referred and, noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ACCEPTS** the findings and recommendations made by the Magistrate Judge and said Report and Recommendations. The Clerk is directed to enter judgment dismissing this action with prejudice.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, February 15, 2023.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE